# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## 717 MADISON PLACE, N.W.
## WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

April 15, 2014

To: Neil Cooper
Jonathan P. Hersey
Scott B. Lieberman
Michael Murphy
Jill Maria Pietrini
Mark K. Slater

Re:  14-1264 - Gerawan Farming, Inc. v. Rehrig Pacific Company

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- All PDFs submitted to the Court must be text-searchable. ECF-7(B)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Neil Cooper
Jonathan P. Hersey
Scott B. Lieberman
Michael Murphy
Jill Maria Pietrini
Mark K. Slater