**CASE NOS. 14-1264 & 14-1290**

———————

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

GERAWAN FARMING, INC., a California corporation,

*Plaintiff - Appellant,*

v.

REHRIG PACIFIC COMPANY, a Delaware corporation,

*Defendant - Appellee.*

———————

On Appeal from the United States District Court
Eastern District of California
Case No. 1:11-cv-01273-LJO-BAM
The Honorable Lawrence J. O'Neill, United States District Judge

———————

## REHRIG PACIFIC COMPANY'S MOTION FOR AN EXTENSION OF TIME PURSUANT TO FEDERAL CIRCUIT RULE 26(b)

———————

MARK K. SLATER, CAL. BAR NO. 129742
mslater@slaterhersey.com
JONATHAN P. HERSEY, CAL. BAR NO. 189240
jhersey@slaterhersey.com
SCOTT B. LIEBERMAN, CAL. BAR NO. 208764
slieberman@slaterhersey.com
NEIL J. COOPER, CAL. BAR NO. 277997
ncooper@slaterhersey.com
SLATER HERSEY & LIEBERMAN LLP
18301 Von Karman Ave., Suite 1060
Irvine, CA  92612
Tel: 949-398-7500


*Attorneys for Appellee*
*REHRIG PACIFIC COMPANY*

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Appellee Rehrig Pacific Company ("Rehrig") certifies the following:

1. The full name of every party or amicus represented by me is: Rehrig Pacific Company.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are: None.

4. The names of all law firms and the partners or associates that have appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are: Slater Hersey & Lieberman LLP, Mark K. Slater, Jonathan P. Hersey, Scott B. Lieberman, Elise K. Sara, and Neil J. Cooper.

Dated: May 14, 2014

SLATER HERSEY & LIEBERMAN LLP

By       */s/ Scott B. Lieberman*
           SCOTT B. LIEBERMAN

Attorneys for Appellee
REHRIG PACIFIC COMPANY

1

## MOTION FOR AN EXTENSION OF TIME

Appellee Rehrig Pacific Company ("Rehrig") hereby submits this Motion for an Extension of Time pursuant to Federal Circuit Rule 26(b) ("Motion"). Rehrig respectfully requests that the filing deadline for Rehrig's initial brief be extended by fourteen (14) days so that Rehrig's initial brief will be due on June 10, 2014.

Pursuant to Federal Circuit Rule 26(b), counsel for Rehrig informed counsel for Appellant Gerawan Farming, Inc. ("Gerawan") that it would seek an extension. Counsel for Gerawan responded that Gerawan does not object to this Motion. In addition, Gerawan stated in its own Motion to Extend Time that it will not oppose a similar request for an extension of time made by Rehrig. (Doc. 24, at p. 3 fn.1.) As a result, Rehrig does not expect any opposition will be filed. This is the first extension of time sought by Rehrig.

Dated: May 14, 2014

SLATER HERSEY & LIEBERMAN LLP

By      _/s/ Scott B. Lieberman_
         SCOTT B. LIEBERMAN

Attorneys for Appellee
REHRIG PACIFIC COMPANY

1

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | May 14, 2014 |
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Scott B. Lieberman | | /s/ Scott B. Lieberman |
Name of Counsel | Signature of Counsel

Law Firm | Slater Hersey & Lieberman LLP |

Address | 18301 Von Karman Ave., Suite 1060 |

City, State, ZIP | Irvine, CA 92612 |

Telephone Number | 949-398-7500 |

FAX Number | 949-398-7501 |

E-mail Address | slieberman@slaterhersey.cc |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.